## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MATHEWS       v. BARNHARDT                                   No. 07CV07-WQH(LSP)

HON. LEO S. PAPAS          CT. DEPUTY TRISH LOPEZ      Rptr.

                                    Attorneys
        Plaintiffs                                                  Defendants


Hon. William Q. Hayes has withdrawn the referral of Plaintiff's Motion for Leave to Proceed in Forma Pauperis.  Accordingly, the order granting the motion is withdrawn.  (Doc. 4).


   X     Copies to:  Counsel of Record            _____  Notified by Telephone

DATED:  January 22, 2007

                                                       _____
                                                       Hon. Leo S. Papas
                                                       U.S. Magistrate Judge