UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Patricia Mathews ) | | |
| ) | | |
| ) | CIVIL NO. | 07-cv-0007-WQH(LSP) |
| Plaintiff, ) | | |
| ) | | |
| -vs- ) | | |
| ) | **ORDER GRANTING JOINT MOTION** | |
| Michael J. Astrue, ) | **AMENDING PRETRIAL CUTOFF** | |
| Commissioner of Social Security ) | **DATE  (15-1, 16-1)** | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

Pursuant to the Joint Motion to Amend the Pretrial Cut Off Date filed by the Plaintiff, Patricia Mathews, by and through her Counsel, Henry N. Ernecoff, and the Defendant, Michael J. Astrue, by and through Jacqueline A. Forslund, the Plaintiff's Motion for Summary Judgment is due **September 24, 2007.** Defendant's Opposition and Cross Motion is due **October 24, 2007** and both parties Reply Briefs are due **November 9, 2007** and **November 16, 2007** respectively,  the hearing date may be scheduled by the Court on or after **November 26, 2007.**  No oral argument or appearances are required unless directed

\\

\\

\\

1 \\

2 by the Court.

3     IT IS SO ORDERED.

5 DATED:  September 4, 2007

                                Hon. Leo S. Papas
                                U.S. Magistrate Judge